Rachel F. Preiser (RFP 7953)
National Labor Relations Board
Region 2
26 Federal Plaza, Room 3614
New York, New York 10278
(212)264-0300

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08
```

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x
CELESTE J. MATTINA, Regional Director,
Region 2, National Labor Relations Board,
for and on Behalf of the NATIONAL
LABOR RELATIONS BOARD,

                Petitioner,         **08 CV 1808**

   -against-                          08 Civ. _____

C & W CLEANING SERVICE, INC.,           J. _____

                Respondent.         ECF
-------------------------------------------------x

JUDGE LYNCH

## ORDER TO SHOW CAUSE

The Petition and affidavit of Celeste J. Mattina, Regional Director, Region 2, National Labor Relations Board, having been filed pursuant to Section 10(j) of the National Labor Relations Act, 29 U.S.C. § 160(j), requesting the issuance of an order directing Respondent to show cause why an injunction should not issue enjoining and restraining said Respondent from engaging in certain acts and conduct in violation of said Act, pending the final disposition of the matters involved herein pending before said Board, and good cause appearing therefore,

**IT IS ORDERED** that a copy of this Order together with a copy of the Petition, affidavit, and exhibits upon which it is issued, shall be served upon Respondent or its counsel on or

before __4:30__ (a.m. (p.m.)) on the __25th__ day of __February__, 2008, and service on all parties may be made by a representative designated by petitioner in any manner provided for in the Rules of Civil Procedure for the United States Courts, and that proof of such service shall be filed herein, and;

**IT IS FURTHER ORDERED** that if Respondent should file a response to the Petition, it shall file such response with the Clerk of this Court after service of a copy thereof upon Petitioner at her office at 26 Federal Plaza, Room 3614, New York, New York 10278, on or before __4:30__ (a.m. (p.m.)), on the __3rd__ day of __March__, 2008; and

**IT IS FURTHER ORDERED** that the evidence before the Court on the issue of whether there is reasonable cause to believe that Respondent has committed the unfair labor practices alleged will be limited to the transcript testimony and exhibits already adduced during the hearing regarding the alleged unfair labor practices previously held before the Administrative Law Judge; and

**IT IS FURTHER ORDERED** that Respondent appear before this Court at the United States Courthouse, Room __6B__, 500 Pearl Street, New York, New York on the __6th__ day of __March__, 2008 at __3:45__ in the (a.m. (p.m.)), or as soon thereafter as counsel can be heard, and then and there show cause, if there be any, why, pending the final disposition of the matters involved pending before the National Labor Relations Board, Respondent, its officers, agents, representatives, servants, employees,

attorneys, and all persons acting in concert or participation with it or them should not be enjoined and restrained as requested in the Petition.

Dated:    New York, New York
          February 27, 2008

_____
United States District Court Judge