Rachel F. Preiser (RFP 7953)
National Labor Relations Board
Region 2
26 Federal Plaza, Room 3614
New York, New York 10278
(212)264-0300

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------x
CELESTE J. MATTINA, Regional Director,
Region 2, National Labor Relations Board,
for and on Behalf of the NATIONAL
LABOR RELATIONS BOARD,

                      Petitioner,

  -against-                           08 Civ. _____

C & W CLEANING SERVICE, INC.,        J. _____

                    Respondent.                  ECF
------------------------------------------------x

JUDGE LYNCH

08 CV 1808

**STATE OF NEW YORK**   )
                            ) :
**COUNTY OF NEW YORK**  )

    I, Celeste J. Mattina, being first duly sworn, depose and say:

    1.   I am the Regional Director for Region 2 of the National Labor Relations Board. I have read the foregoing Petition and know the contents thereof. The statements therein made upon personal knowledge are true, and those made upon information and belief, I believe to be true.

    2.   Petitioner, rather than moving by Notice of Motion, has requested the issuance of the Order to Show Cause herein returnable at the earliest date possible because Respondent's conduct, as alleged in the petition, constitutes serious and flagrant unfair labor practices and, unless enjoined forthwith,

such conduct will render meaningless the remedial provisions of the National Labor Relations Act. No previous application has been made for the relief sought therein.

_____
Celeste J. Mattina, Regional Director
National Labor Relations Board
Region 2
26 Federal Plaza, Room 3614
New York, New York 10278

Sworn to before me this
21st day of February 2008

_____
Notary Public

JOANE SHAN KIONG
Notary Public, State of New York
Qualified in Queens County
My Commission Expires Aug. 14, 20__

JOANE SHAN KIONG
Notary Public, State of New York
No. _____
Qualified in Queens County
My Commission Expires Aug. 14, 20_10_