Gregory B. Davis (GBD 2165)
National Labor Relations Board
Region 2
26 Federal Plaza, Room 3614
New York, New York 10278
(212) 264-0300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
CELESTE J. MATTINA, Regional Director,
Region 2, National Labor Relations Board,
for and on Behalf of the NATIONAL
LABOR RELATIONS BOARD,

      Petitioner,

 -against-             08 Civ. <u>1808</u>

C & W CLEANING SERVICE, INC.,     J. <u>Gerard E. Lynch</u>

      Respondent.        ECF
------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
          ) SS:
COUNTY OF NEW YORK )

  I, Gregory B. Davis, being first duly sworn, depose and say:

  1. I am employed as an attorney for the Applicant and am assisting the attorney of record, Rachel F. Preiser, in the above-captioned matter. The statements herein made upon personal knowledge are true, and those made upon information and belief, I believe to be true.

  2. Today, February 22, 2008, before 5:00 p.m., the following documents were served by first class and certified mail to Respondent C & W Cleaning Service, Inc., and by hand to counsel for

Respondent, Stewart Lee Karlin, respectively, at the addresses set forth below in paragraph 3 of this Affidavit:

    a. Petition for Temporary Injunction Under Section 10(j) of the National Labor Relations Act;

    b. Memorandum of Points and Authorities In Support of Petition for Temporary Injunction Under Section 10(j) of The National Labor Relations Act;

    c. Motion of The National Labor Relations Board to Try Petition for Temporary Injunction on the Basis of the Record Before the Administrative Law Judge;

    d. Petitioner's Brief In Support of Motion of The National Labor Relations Board to Try Petition for Temporary Injunction on the Basis of the Record Before the Administrative Law Judge;

    e. Order to Show Cause;

    f. Affidavit Supporting Petition;

    g. The Practice Rules of the Honorable Gerard E. Lynch;

    h. United States District Court Southern District of New York 3rd Amended Instructions for Filing an Electronic Case or Appeal;

    i. United States District Court Southern District of New York Procedures for Electronic Case Filing;

    j. United States District Court Southern District of New York Guidelines for Electronic Case Filing;

    k. United States District Court Southern District of New York Procedures Applicable to Cases Referred for Settlement to Magistrate Judge Kevin Nathaniel Fox; and

    l. Affidavit of Service.

3. Respondent was served at the following addresses:

C & W Cleaning Service, Inc.
Attn.: Harold C. Campbell, President
309 Lafayette Avenue, Apt. 11I
Brooklyn, New York 11238

2

Stewart Lee Karlin, Esq.
9 Murray Street, Suite 4W
New York, New York 10007

_____
Gregory Bernard Davis (GBD 2165)
Counsel for Applicant
National Labor Relations Board
Region 2
26 Federal Plaza, Room 3614
New York, New York  10278-0104

Subscribed and sworn to before me
this 22nd day of February 2008

_____
Notary Public

STEPHEN L. BERGER
Notary Public, State of New York
01 BE ~~XXXX~~ 4677518
Qualified in Queens County
Commission Expires Nov 30, 20<u>10</u>

3