Stewart Lee Karlin
Attorney at Law
Attorney for Respondent
9 Murray Street, Suite 4W
New York, New York, 10007
Tel: (212) 732-9450
Fax: (212) 571-9893

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

CELESTE J. MATTINA, Regional Director,
Region 2, National Labor Relations Board,
for and on Behalf of the National Labor
Relations Board,

        Petitioner,

                                               **08 CIV 1808 (GEL)**

   -against-


C & W CLEANING SERVICE, INC.,

        Respondent,
-------------------------------------------------------------X


**CORPORATE DISCLOSURE STATEMENT**

     There is no parent corporation nor any publicly held corporation owing 10% or more of its

stock

Dated: New York, New York
March 3, 2008

                                        Respectfully submitted,


                                        s/Stewart Lee Karlin, Esq.
                                        STEWART LEE KARLIN, ESQ.
                                        Attorney for Respondent

9 Murray Street, Suite 4W<br>
New York, New York, 10007<br>
Tel: (212) 732-9450<br>
Fax: (212) 571-9893

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing answer was sent via fax to (212) 264-2450 and first class mail and ECF filing system to National Labor Relations Board, Region 2, 26 Federal Plaza, Room 3614, New York, N.Y. 10278 on this 3rd day of March, 2008.

 s/Stewart Lee Karlin, Esq.
STEWART LEE KARLIN, ESQ,