UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                    :

CELESTE J. MATTINA, Regional Director,   :
Region 2, National Labor Relations Board,   :
for and on Behalf of the NATIONAL LABOR   :
RELATIONS BOARD,   :
                                      :

             Petitioner,   :

                                      :

   -against-   :
                                      :

C&W CLEANING SERVICE, INC.,   :
                                      :

             Respondent.   :
                                      :
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/08

08 Civ. 1808 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      For the reasons stated on the record in open Court on March 6, 2008, the petitioner's motion to try its petition for a temporary injunction on the record before the Administrative Law Judge (Doc. # 4) is granted.

SO ORDERED.

Dated: New York, New York
      March 7, 2008

                                  GERARD E. LYNCH
                          United States District Judge