UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CELESTE J. MATTINA, Regional Director,
Region 2, National Labor Relations Board,
for and on Behalf of the NATIONAL LABOR
RELATIONS BOARD,

                             Petitioner,

        -against-

C&W CLEANING SERVICE, INC.,

                            Respondent.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/09

08 Civ. 1808 (GEL)

ORDER

GERARD E. LYNCH, District Judge:

        The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       April 21, 2009

                                                        GERARD E. LYNCH
                                                        United States District Judge